Filed 10/15/24  P. v. Bowermaster CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>CHARLES EUGENE BOWERMASTER,<br><br>    Defendant and Appellant. | 2d Crim. No. B336087<br>(Super. Ct. No. 23CR01738)<br>(Santa Barbara County) |

Charles Eugene Bowermaster appeals the trial court's order revoking probation and sentencing him to two years in state prison after he violated the terms of his probation.  In the Notice of Appeal, appellant challenges the sentence as deviating from his negotiated plea agreement.  The trial court granted appellant's request for a Certificate of Probable Cause.

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief that raises no arguable issues.  On August 14, 2024, we notified appellant by mail that he had 30 days within which to personally

submit any contentions or issues he wished us to consider. The 30 days have since passed, and appellant has not presented any contentions or issues for our consideration.

In March 2023, a Santa Barbara County deputy sheriff contacted appellant outside a Starbucks store. Appellant appeared intoxicated and, when questioned by the deputy, he admitted having approximately $1000 worth of marijuana in his possession. The deputy searched appellant's two backpacks and found three to four pounds of marijuana.

Appellant was charged with felony possession of marijuana for sale after having been previously convicted two or more times for the same offense (Health & Saf. Code, § 11359, subd. (c)(2)), and misdemeanor disturbing the peace (Pen. Code, § 415(2)). Two prior convictions for attempted criminal threats were alleged as prior "strikes." (Pen. Code, §§ 667, 1170.12.) Appellant pleaded guilty to both charges and admitted the prior conviction allegations. The trial court struck the "strike" priors, suspended imposition of sentence, and placed appellant on probation for two years subject to terms and conditions.

Several months later, appellant admitted violating probation. The trial court subsequently revoked probation and sentenced appellant to two years in state prison and 90 days in county jail.

We have reviewed the entire record and are satisfied that appellant's attorney fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436.)

### *Disposition*

The judgment (order revoking probation and imposing sentence) is affirmed.

2

NOT TO BE PUBLISHED.


                                    YEGAN, Acting P. J.


We concur:



        BALTODANO, J.



        CODY, J.



                                    3

Brian E. Hill, Judge

Superior Court County of Santa Barbara

_____


Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.